STATE OF NORTH CAROLINA v. JAMES OLIVER ROWLAND

No. 7114SC719

(Filed 15 December 1971)

**Criminal Law § 18— jurisdiction of superior court on appeal from district court — sentence for misdemeanor**

An appeal to the superior court from a conviction in the district court gives the superior court the jurisdiction to sentence the defendant upon a plea of guilty to a misdemeanor. G.S. 7A-271(a)5; G.S. 7A-271(b).

APPEAL by defendant from *Martin, (Robert M.), Special Judge,* 19 April 1971 Session of Superior Court held in Durham County.

In the district court defendant was convicted of driving a motor vehicle on the highway while his license was permanently revoked, in violation of G.S. 20-28(b). He appealed to the superior court where his plea of guilty to driving a motor vehicle on the highway while his license had been suspended or revoked, in violation of G.S. 20-28(a), was duly accepted. Defendant was represented by his privately retained attorney and appealed.

*Attorney General Robert Morgan by Assistant Attorney General Howard P. Satisky for the State.*

*Weatherspoon and Clayton by Jerry B. Clayton for defendant appellant.*

VAUGHN, Judge.

Defendant's only assignment of error is as follows:

"The trial court erred in sentencing the defendant after the State accepted the defendant's plea of guilty to driving while license revoked, a general misdemeanor, 20-28, Section A, since the District Court and not the Superior Court has original jurisdiction over misdemeanors and therefore the trial court did not have jurisdiction to sentence the defendant upon a plea of guilty to a misdemeanor."

This assignment of error is without merit. Defendant's appeal to the superior court gave that court the same jurisdiction as the district court had in the first instance. G.S. 7A-271(a)5

and G.S. 7A-271(b). The judgment of the superior court is affirmed.

Affirmed.

Judges BROCK and BRITT concur.